## Commonwealth *v.* Moore, Appellant.

Submitted March 18, 1974. *Albert Ominsky,* and *Ominsky, Koral & Welsh,* for appellant; *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Morris, Appellant.

Argued March 18, 1974. *Stephen W. Beik,* with him *John Miller, Jr.,* and *Miller, Kistler, Campbell & Mitinger,* for appellant; *C. Kent Price,* Assistant District Attorney, with him *Charles C. Brown, District Attorney,* for Commonwealth, appellee.

Judgment of sentence affirmed.